**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.   TRACY L. MESSINEO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-15-493-M |
| | ) | |
| 1.   SEQUOYAH ENTERPRISES, INC, | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Tracy L. Messineo, hereby stipulates with the Defendant, Sequoyah Enterprises, Inc., that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 25th DAY OF JANUARY, 2016.**

> s/ Lauren W. Johnston
> Jana B. Leonard, OBA # 17844
> Lauren W. Johnston, OBA # 22341
> LEONARD & ASSOCIATES, P.L.L.C.
> 8265 S. Walker
> Oklahoma City, OK 73139
> Telephone:   405-239-3800
> Facsimile:    405-239-3801
> leonardjb@leonardlaw.net
> johnstonlw@leonardlaw.net
> *Counsel for Plaintiff*

  s/ Kevin R. Donelson
(Signed with permission)
Kevin R. Donelson, OBA #12647
FELLERS, SNIDER, BLANKENSHIP, BAILEY
  &amp; TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, Oklahoma 73102-9211
Tele: 405-232-0621  Fax: 405-232-9659
kdonelson@fellerssnider.com
*Counsel for Defendant*